CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7177
FAX: (415) 436-7234
molly.friend@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RAMA LINGESWARA REDDY GADDAM, *et al.*, | Case No. 3:25-cv-10153-RFL |
| Plaintiffs, | |
| v. | **STIPULATION TO EXTEND TIME FOR DEFENDANT'S RESPONSE TO PLAINTIFFS' COMPLAINT AND [~~PROPOSED~~] ORDER** |
| JOSEPH B. EDLOW, Director, United States Citizenship and Immigration Services, | |
| Defendant. | |

The parties, through their undersigned attorneys, hereby stipulate to an extension of time for Defendant's response to Plaintiffs' complaint. Defendant will file his response on or before March 23, 2026. The parties make this request because the agency is in the process of reviewing this case and needs a brief period of additional time to prepare their response.

The parties further request a corresponding extension on the deadline for filing a summary judgment motion under the Court's Immigration Mandamus Procedural Order. Dkt. No. 5. Currently, Defendant must file a motion for summary judgment by 120 days after the complaint was served, or May 12, 2026. In view of the agreed-upon extension for Defendant's response to the complaint, the parties request that Defendant file his motion for summary judgment by May 22, 2026.

Stipulation to Extend
Case No. 3:25-cv-10153-RFL                    1

Dated: March 13, 2026

Respectfully submitted[1],

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Molly A. Friend*
MOLLY A. FRIEND
Assistant United States Attorney
Attorneys for Defendants

Dated: March 13, 2026

*/s/ Bernard Wolfsdorf*
BERNARD WOLFSDORF
WR Immigration
Attorney for Plaintiffs

**[~~PROPOSED~~] ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: **March 16, 2026**

HON. RITA F. LIN
United States District Judge

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.