CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7177
FAX: (415) 436-7234
molly.friend@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RAMA LINGESWARA REDDY GADDAM, *et al.,* | Case No. 3:25-cv-10153-RFL |
| Plaintiffs, | |
| v. | **JOINT STATUS REPORT AND STIPULATION TO EXTEND TIME FOR DEFENDANT'S RESPONSE TO PLAINTIFFS' FIRST AMENDED COMPLAINT AND [PROPOSED] ORDER** |
| JOSEPH B. EDLOW, Director, United States Citizenship and Immigration Services, | |
| Defendant. | |

In accordance with the Court's Order on May 7, 2026, Dkt. No. 16, the parties submit this Joint Status Report regarding Defendant's response to Plaintiff's amended complaint. The parties apologize to the Court for Defendant's delay in submitting a response to Plaintiff's amended complaint by May 5, 2026, due to Defendant's counsel's heavy caseload and belated realization regarding Defendant's response due date. Having conferred, the parties hereby stipulate to an extension of time for Defendant's response to Plaintiff's amended complaint. Defendant will file his response on or before May 13, 2026. The parties agree that Defendant will confer with the agency for a possible administrative resolution that may render further litigation of this case unnecessary.

The parties further request a corresponding extension on the deadline for filing a summary judgment motion. Currently, Defendant must file a motion for summary judgment by or May 22, 2026.

Stipulation to Extend
Case No. 3:25-cv-10153-RFL                    1

Dkt. No. 10. In view of the agreed-upon extension for Defendant's response to the amended complaint, the parties request that Defendant file his motion for summary judgment by July 13, 2026.

Dated: May 14, 2026                    Respectfully submitted[1],

                                       CRAIG H. MISSAKIAN
                                       United States Attorney


                                       /s/ Molly A. Friend
                                       MOLLY A. FRIEND
                                       Assistant United States Attorney
                                       Attorneys for Defendants


Dated: May 14, 2026

                                       /s/ Bernard Wolfsdorf
                                       BERNARD WOLFSDORF
                                       WR Immigration
                                       Attorney for Plaintiffs


### [PROPOSED] ORDER

        Pursuant to stipulation, IT IS SO ORDERED.


Date:  **May 15, 2026**

                                       _____
                                       HON. RITA F. LIN
                                       United States District Judge

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Stipulation to Extend
Case No. 3:25-cv-10153-RFL                    2